IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

| | |
|---|---|
| JENNIFER ROSSMAN,<br>   *individually and on behalf of all similarly situated individuals,*<br><br>          Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION,<br><br>and<br><br>DOLGENCORP OF NEW YORK, INC,<br><br>          Defendants. | CIVIL ACTION<br><br>Case No. 6:18-cv-00573-FJS-TWD<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS DOLLAR GENERAL CORPORATION AND
DOLGENCORP OF NEW YORK, INC.'S MOTION TO DISMISS
<u>THE AMENDED COMPLAINT</u>**

PLEASE TAKE NOTICE that pursuant to Rule 7.1 of the Local Rules for the Northern District of New York, Defendants Dollar General Corporation of New York ("Dollar General") and Dolgencorp of New York, Inc. ("Dolgen"), (collectively, "Defendants"), by the accompanying Declaration of Philip A. Goldstein, dated July 5, 2018, with supporting exhibit; the accompanying Memorandum of Law; and on all prior pleadings and proceedings heretofore had herein, on Friday, August 24, 2018 at 10:00 a.m. or as soon thereafter as counsel may be heard, will move this Court, before the Honorable Frederick J. Scullin, Jr., Senior U.S. District Judge, at the United States District Court for the Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207, for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) dismissing Plaintiff's Amended Complaint, and for such other, further or different relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, shall be filed and served by August 7, 2018.  Reply papers, if any, shall be filed and served by August 13, 2018.

Dated:  July 5, 2018                                        Respectfully submitted,

<u>/s/Philip A. Goldstein</u>
Philip A. Goldstein (Bar Number: 514834)
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Phone:  (212) 548-2167
Fax: (212) 548-2150
E-mail: pagoldstein@mcguirewoods.com

Amy Morrissey Turk  (*Pro Hac Vice*)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Phone: (757) 640-3711
Fax: (757) 640-3942
E-mail: aturk@mcguirewoods.com

*Counsel for Defendants Dollar General Corp. and Dolgencorp of New York, Inc.*