UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer ROSSMAN; individually and on behalf of all similarly situated individuals,<br>    Plaintiff,<br><br>    v.<br><br>DOLLAR GENERAL CORPORATION, and DOLGENCORP of NEW YORK, INC,<br>    Defendants. | CIVIL CASE NO.:<br>  6:18-cv-00573-FJS-TWD<br><br>**STIPULATION AND ORDER TO DISMISS PURSUANT TO RULE 41(A)** |

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys for plaintiff, Jennifer Rossman, and defendants, Dollar General Corp et. al., parties to the above entitled-action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, no person not a party has an interest in the subject matter of the action, and parties are subject to the Settlement Agreement approved Judge William S. Stickman of the Western District of Pennsylvania, Docket No. 2:18-cv-01222, (attached hereto as Ex. A), the above-captioned action be dismissed with prejudice and without fees or costs.

| | |
|---|---|
| Disability Rights New York<br>Attorney for Plaintiff<br>725 Broadway, Suite 450<br>Albany, New York  12207<br><br>*Christina Asbee* (signature)<br><br>Christina Asbee, Esq.<br>Program Director<br>Telephone:  (518) 432-7861<br>Email: Christina.asbee@drny.org | McGuireWoods, LLP<br>Attorney for Defendants<br>Gateway Plaza, 800 E Canal St,<br>Richmond, VA 23219<br><br>*Amy Morissey Turk* (signature)<br>_____<br>Amy Turk, Esq.<br>Partner<br>Telephone: (757) 640-3711<br>Email: ATurk@mcguirewoods.com |

1

Dated: Syracuse, New York
      **May 27**, 2021

SO ORDERED:

_____
HON. FREDERICK J. SCULLIN JR.
UNITED STATES DISTRICT COURT JUDGE